IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HTA-SCW WEBB MEDICAL A LLC**, *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | NO. 18-1100 |
| | : | |
| v. | : | |
| | : | |
| **ROSKAMP MANAGEMENT COMPANY**, *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 14th day of April 2020, upon consideration of Defendants' *motions for summary judgment*, [ECF 48-53], Plaintiffs' response in opposition thereto, [ECF 58, 60], and Defendants' replies, [ECF 63, 64, 66, 67], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. Defendants' motions for summary judgment are **GRANTED** and **JUDGMENT** is entered in favor Defendants Roskamp Management Company, Robert G. Roskam, Philip D. Kaltenbacher, Paul H. Woodruff, Daniel Sevick, Whiteland Holdings LP, Frazer Exton Development LP, and Whiteland Village Limited and against Plaintiff with respect to the RICO claims at Claim Nine of Plaintiffs' complaint; and

2. the remaining state law claims against all Defendants, at Claims One through Eight and Claims Ten through Twelve of Plaintiffs' complaint, are **DISMISSED**, without prejudice, as this Court declines to exercise supplemental jurisdiction over them pursuant to 28 U.S.C § 1367(c)(3).

The Clerk of Court is directed to mark this case **CLOSED**.

                                              **BY THE COURT:**

                                              */s/ Nitza I. Quiñones Alejandro*
                                              **NITZA I. QUIÑONES ALEJANDRO**
                                              *Judge, United States District Court*